No. 925. HUDSON & MANHATTAN R. Co. *v.* CAHILL ET AL. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit

denied. *Mr. William D. Whitney* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern, Charles A. Horsky, and Daniel W. Knowlton* for Cahill et al., respondents. *Messrs. Ezra Brainerd, Jr.* and *Alex. M. Bull* for the Brotherhood of Locomotive Engineers et al., intervening-respondents.